```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 19-01995-RNO
Jason Everett Phillips                                          Chapter 13
Kay Ann Phillips
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 2            Date Rcvd: Jun 21, 2019
                              Form ID: ntnew341          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db/jdb         +Jason Everett Phillips,    Kay Ann Phillips,   1645 Little Gap Rd.,,   Palmerton, PA 18071-5037
5196036       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:   Credit Acceptance,    25505 W. Twelve Mile Rd.,
                 Southfield, MI 48034-8339)
5196032        +Coll Svc Center,   PO Box 560,   New Kensington, PA 15068-0560
5196038        +Foundation Radiology,    401 Liberty Ave 20th Floor,    Pittsburgh, PA 15222-1000
5196042        +KML Law Group, P.C.,    Suit 5000 BNY Mellon Indepence Cent,    701 Market St.,
                 Philadelphia, PA 19106-1538
5196043        +Lehigh Valley Health Network,    PO Box 41067,   Norfolk, VA 23541-1067
5196044        +Lehigh Valley Hospital,    1200 S Cedar Crest Blvd,    Allentown, PA 18103-6248
5196047         PPL,   P.O. Box 25239,   Lehigh Valley, PA 18002-5239
5196048        +Red Stick Acquisitions LLC,    323 5th St.,,   PO Box 35,    Eureka, CA 95502-0035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5196027        +E-mail/Text: EBNProcessing@afni.com Jun 21 2019 19:09:22     AFNI Inc,   Po Box 3427,
                 Bloomington, IL 61702-3427
5196029        +E-mail/Text: g20956@att.com Jun 21 2019 19:09:30     AT&T Mobile,   PO Box 537104,
                 Atlanta, GA 30353-7104
5196028        +E-mail/Text: bnc-capio@quantum3group.com Jun 21 2019 19:09:18     AssetCare LLC,   Lee Morris,
                 2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
5196031        +E-mail/Text: bnc-capio@quantum3group.com Jun 21 2019 19:09:18     Capio Partners,
                 2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
5196035        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 21 2019 19:09:12     Comenity Bank/Catherines,
                 PO Box 182789,   Columbus, OH 43218-2789
5196037        +E-mail/Text: bknotice@ercbpo.com Jun 21 2019 19:09:22     Enhanced Recovery Company,
                 PO Box 57547,   Jacksonville, FL 32241-7547
5196041        +E-mail/Text: bankruptcy@sccompanies.com Jun 21 2019 19:09:39      Ginnys Inc,   1112 7th Ave,
                 PO Box 2816,   Monroe, WI 53566-8016
5196045        +E-mail/Text: support@ljross.com Jun 21 2019 19:09:09     LJ Ross Assoc,   4 Universal Way,
                 Jackson, MI 49202-1455
5202937         E-mail/Text: bnc-quantum@quantum3group.com Jun 21 2019 19:09:14
                 Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5196030*       +AT&T Mobile,   PO Box 537104,   Atlanta, GA 30353-7104
5196034*       +Coll Svc Center,    PO Box 560,   New Kensington, PA 15068-0560
5196033*       +Coll Svc Center,    PO Box 560,   New Kensington, PA 15068-0560
5196039*       +Foundation Radiology,    401 Liberty Ave 20th Floor,    Pittsburgh, PA 15222-1000
5196040*       +Foundation Radiology,    401 Liberty Ave 20th Floor,    Pittsburgh, PA 15222-1000
5196046       ##+Penn Credit Corp,    916 S. 14th St.,   Harrisburg, PA 17104-3425
                                                                                      TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   RED STICK ACQUISITIONS, LLC bkgroup@kmllawgroup.com
        Jason M Rapa   on behalf of Debtor 2 Kay Ann Phillips jrapa@rapalegal.com,
         ssprouse@rapalegal.com;mhine@rapalegal.com
        Jason M Rapa   on behalf of Debtor 1 Jason Everett Phillips jrapa@rapalegal.com,
         ssprouse@rapalegal.com;mhine@rapalegal.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                      TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Everett Phillips,

**Debtor 1**

Kay Ann Phillips,

**Debtor 2**

Chapter 13

Case No. 5:19–bk–01995–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: August 5, 2019 |
| --- | --- |
|  | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: June 21, 2019

ntnew341 (04/18)