ENGELMAN CONSTRUCTION INC.        Earnings Register        05-06-2019     Page 1

| Period End Date | Check Number | Gross Pay | Employee Taxes | Other Deductions | Net Pay | Earnings Detail Pay | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| PHILJAS | JASON E PHILLIPS | | | | | | | |
| 11-03-18 | 55499 | 959.50 | 133.27 | 122.35 | 703.88 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | 7.00 | 199.50 |
| 11-10-18 | 55562 | 893.00 | 118.77 | 122.35 | 651.88 | Regular Hourly Pay | 31.00 | 589.00 |
| | | | | | | Vacation Pay | 16.00 | 304.00 |
| 11-10-18 | 55563 | 200.00 | 23.56 | | 176.44 | Bonus | | 200.00 |
| 11-17-18 | 55614 | 674.50 | 71.18 | 122.35 | 480.97 | Regular Hourly Pay | 35.50 | 674.50 |
| 11-24-18 | 55654 | 760.00 | 89.79 | 122.35 | 547.86 | Regular Hourly Pay | 24.00 | 456.00 |
| | | | | | | Holiday | 8.00 | 152.00 |
| | | | | | | Vacation Pay | 8.00 | 152.00 |
| 12-01-18 | 55694 | 760.00 | 89.81 | 122.35 | 547.84 | Regular Hourly Pay | 40.00 | 760.00 |
| 12-08-18 | 55737 | 665.00 | 69.11 | 122.35 | 473.54 | Regular Hourly Pay | 35.00 | 665.00 |
| 12-15-18 | 55785 | 788.50 | 96.01 | 122.35 | 570.14 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | 1.00 | 28.50 |
| 12-22-18 | 55832 | 665.00 | 69.12 | 122.35 | 473.53 | Regular Hourly Pay | 35.00 | 665.00 |
| 12-29-18 | 55871 | 817.00 | 101.35 | 122.35 | 593.30 | Regular Hourly Pay | 27.00 | 513.00 |
| | | | | | | Holiday | 8.00 | 152.00 |
| | | | | | | Vacation Pay | 8.00 | 152.00 |
| 01-05-19 | 55911 | 817.00 | 101.35 | 132.35 | 583.30 | Regular Hourly Pay | 35.00 | 665.00 |
| | | | | | | Holiday | 8.00 | 152.00 |
| 01-12-19 | 55950 | 802.75 | 98.24 | 122.35 | 582.16 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | 1.50 | 42.75 |
| 01-19-19 | 55984 | 859.75 | 110.66 | 122.35 | 626.74 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | 3.50 | 99.75 |
| 01-26-19 | 56008 | 522.50 | 52.20 | 122.35 | 347.95 | Regular Hourly Pay | 27.50 | 522.50 |
| 02-02-19 | 56034 | 532.00 | 53.31 | 122.35 | 356.34 | Regular Hourly Pay | 28.00 | 532.00 |
| 02-09-19 | 56059 | 741.00 | 84.79 | 122.35 | 533.86 | Regular Hourly Pay | 39.00 | 741.00 |
| 02-16-19 | 56084 | 684.00 | 72.39 | 122.35 | 489.26 | Regular Hourly Pay | 36.00 | 684.00 |
| 02-23-19 | 56109 | 703.00 | 76.52 | 122.35 | 504.13 | Regular Hourly Pay | 37.00 | 703.00 |
| 03-02-19 | 56135 | 760.00 | 88.93 | 122.35 | 548.72 | Regular Hourly Pay | 40.00 | 760.00 |
| 03-09-19 | 56160 | 693.50 | 74.47 | 122.35 | 496.68 | Regular Hourly Pay | 36.50 | 693.50 |
| 03-16-19 | 56196 | 760.00 | 87.97 | 127.79 | 544.24 | Regular Hourly Pay | 40.00 | 760.00 |
| 03-23-19 | 56238 | 646.00 | 66.33 | 130.79 | 448.88 | Regular Hourly Pay | 34.00 | 646.00 |
| 03-30-19 | 56279 | 774.25 | 91.07 | 128.79 | 554.39 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | .50 | 14.25 |
| 04-06-19 | 56321 | 774.25 | 91.07 | 128.79 | 554.39 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | .50 | 14.25 |
| 04-13-19 | 56364 | 802.75 | 97.29 | 128.79 | 576.67 | Regular Hourly Pay | 40.00 | 760.00 |
| | | | | | | Overtime 1.5 | 1.50 | 42.75 |
| 04-20-19 | 56408 | 760.00 | 87.97 | 128.79 | 543.24 | Regular Hourly Pay | 36.00 | 684.00 |
| | | | | | | Holiday | 4.00 | 76.00 |
| 04-27-19 | 56461 | 646.00 | 66.32 | 128.79 | 450.89 | Regular Hourly Pay | 34.00 | 646.00 |
| | | 19,461.25* | 2,262.85* | 3,237.18* | 13,961.22* | | 1,006.00* | 19,461.25* |
| GRAND TOTALS | | 19,461.25* | 2,262.85* | 3,237.18* | 13,961.22* | V = Voided Check | 1,006.00* | 19,461.25* |