

**JetPay**

## PAY STATEMENT

| DEPT. NO | EMPL. NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 100 | 123 | KAY PHILLIPS | XXX-XX-5464 | M 0 | 1/20/19-2/02/19 | 2/08/19 | 23254 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| REG | 7.25 | 10.000 | 72.50 | | SOCSEC | 4.50 | 11.94 | GROSS | 72.50 | 192.50 |
| | | | | | MDCARE | 1.05 | 2.79 | | | |
| | | | | | PA TAX | 2.23 | 5.91 | | | |
| | | | | | CTY TX | .73 | 1.93 | | | |
| | | | | | SUI | .04 | .11 | | | |
| | | | | | LST | 2.00 | 4.00 | | | |

| TOTAL PAY | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|
| 72.50 | 10.55 | 61.95 |

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 72.50 | 192.50 |
| SOCSEC | 72.50 | 192.50 |
| MDCARE | 72.50 | 192.50 |
| STATE | 72.50 | 192.50 |
| LOCAL | 72.50 | 192.50 |

WIND GAP PA 18091  CO. NO. 11654

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION




PAY STATEMENT

WIND GAP PA 18091    CO. NO. 11654

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 100 | 123 | KAY PHILLIPS | XXX-XX-5464 | M 0 | 3/17/19–3/30/19 | 4/05/19 | 23292 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | | DEDS | THIS PAY | Y-T-D | | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 4.50 | 10.000 | 45.00 | | SOCSEC | 2.79 | 18.45 | | GROSS | 45.00 | 297.50 |
| | | | | | MDCARE | .65 | 4.31 | | | | |
| | | | | | PA TAX | 1.38 | 9.13 | | | | |
| | | | | | CTY TX | .45 | 2.98 | | | | |
| | | | | | SUI | .03 | .17 | | | | |
| | | | | | LST | 2.00 | 10.00 | | | | |

TOTAL PAY 45.00    TOTAL DEDUCTIONS 7.30    NET PAY 37.70

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 45.00 | 297.50 |
| SOCSEC | 45.00 | 297.50 |
| MDCARE | 45.00 | 297.50 |
| STATE | 45.00 | 297.50 |
| LOCAL | 45.00 | 297.50 |

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION



**JetPay**

PAY STATEMENT

| DEPT NO | EMPL NO | EMPLOYEE NAME | TAXPAYER ID | FED WH STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 100 | 123 | KAY PHILLIPS | XXX-XX-5464 | M 0 | 3/31/19-4/13/19 | 4/19/19 | 23304 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|
| REG | 7.00 | 10.000 | 70.00 | SOCSEC | 4.34 | 22.79 | GROSS | 70.00 | 367.50 |
| | | | | MDCARE | 1.02 | 5.33 | | | |
| | | | | PA TAX | 2.15 | 11.28 | | | |
| | | | | CTY TX | .70 | 3.68 | | | |
| | | | | SUI | .04 | .21 | | | |
| | | | | LST | 2.00 | 12.00 | | | |

TOTAL PAY 70.00  TOTAL DEDUCTIONS 10.25  NET PAY 59.75

| | TAXABLE WAGES | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 70.00 | 367.50 |
| SOCSEC | 70.00 | 367.50 |
| MDCARE | 70.00 | 367.50 |
| STATE | 70.00 | 367.50 |
| LOCAL | 70.00 | 367.50 |

TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION

WIND GAP PA 18091     CO. NO. 11654

WIND GAP PA 18091 CO. NO. 11654

**JetPay**

| DEPT.NO | EMPL.NO | EMPLOYEE NAME | TAXPAYER ID | FED.WH.STATUS | PAY PERIOD | CHECK DATE | CHECK NO |
|---|---|---|---|---|---|---|---|
| 100 | 123 | KAY PHILLIPS | XXX-XX-5464 | M 0 | 4/14/19-4/27/19 | 5/03/19 | 23314 |

| EARNINGS | HOURS/UNITS | RATE | THIS PAY | | DEDS | THIS PAY | Y-T-D | DESCR | THIS PAY | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| REG | 4.25 | 10.000 | 42.50 | | SOCSEC | 2.64 | 25.43 | GROSS | 42.50 | 410.00 |
| | | | | | MDCARE | .62 | 5.95 | | | |
| | | | | | PA TAX | 1.30 | 12.58 | | | |
| | | | | | CTY TX | .43 | 4.11 | | | |
| | | | | | SUI | .03 | .24 | | | |
| | | | | | LST | 2.00 | 14.00 | | | |

TOTAL PAY  42.50   TOTAL DEDUCTIONS  7.02   NET PAY  35.48

| TAXABLE WAGES | | |
|---|---|---|
| | THIS PAY | YTD |
| FEDERAL | 42.50 | 410.00 |
| SOCSEC | 42.50 | 410.00 |
| MDCARE | 42.50 | 410.00 |
| STATE | 42.50 | 410.00 |
| LOCAL | 42.50 | 410.00 |

**PAY STATEMENT**

— TO REMOVE - LIFT CHECK, FOLD, CREASE, & TEAR ALONG PERFORATION —