```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 19-01995-RNO
Jason Everett Phillips                                       Chapter 13
Kay Ann Phillips
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar           Page 1 of 2           Date Rcvd: Aug 07, 2019
                              Form ID: ntcnfhrg       Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db/jdb         +Jason Everett Phillips,    Kay Ann Phillips,    1645 Little Gap Rd.,,   Palmerton, PA 18071-5037
5196036       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance,    25505 W. Twelve Mile Rd.,
                Southfield, MI 48034-8339)
5215959        +Carbon County Tax Claim Bureau,    P.O. Box 37,    Jim Thorpe, PA 18229-0037
5196032        +Coll Svc Center,    PO Box 560,   New Kensington, PA 15068-0560
5196038        +Foundation Radiology,    401 Liberty Ave 20th Floor,    Pittsburgh, PA 15222-1000
5196042        +KML Law Group, P.C.,    Suit 5000 BNY Mellon Indepence Cent,    701 Market St.,
                Philadelphia, PA 19106-1538
5196043        +Lehigh Valley Health Network,    PO Box 41067,    Norfolk, VA 23541-1067
5196044        +Lehigh Valley Hospital,    1200 S Cedar Crest Blvd,    Allentown, PA 18103-6248
5196047         PPL,   P.O. Box 25239,    Lehigh Valley, PA 18002-5239
5196048        +Red Stick Acquisitions LLC,    323 5th St.,,    PO Box 35,   Eureka, CA 95502-0035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5196027        +E-mail/Text: EBNProcessing@afni.com Aug 07 2019 19:42:10      AFNI Inc,    Po Box 3427,
                Bloomington, IL 61702-3427
5196029        +E-mail/Text: g20956@att.com Aug 07 2019 19:42:20      AT&T Mobile,    PO Box 537104,
                Atlanta, GA 30353-7104
5196028        +E-mail/Text: bnc-capio@quantum3group.com Aug 07 2019 19:42:02      AssetCare LLC,    Lee Morris,
                2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
5196031        +E-mail/Text: bnc-capio@quantum3group.com Aug 07 2019 19:42:02      Capio Partners,
                2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
5196035        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 07 2019 19:41:41      Comenity Bank/Catherines,
                PO Box 182789,    Columbus, OH 43218-2789
5196037        +E-mail/Text: bknotice@ercbpo.com Aug 07 2019 19:42:07      Enhanced Recovery Company,
                PO Box 57547,    Jacksonville, FL 32241-7547
5196041        +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2019 19:42:33      Ginnys Inc,    1112 7th Ave,
                PO Box 2816,    Monroe, WI 53566-8016
5196045        +E-mail/Text: support@ljross.com Aug 07 2019 19:41:41      LJ Ross Assoc,    4 Universal Way,
                Jackson, MI 49202-1455
5224199         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 19:50:41
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5202937         E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2019 19:41:54
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
5221906         E-mail/Text: bknotices@snsc.com Aug 07 2019 19:42:27      SN Servicing Corporation,
                323 5th Street,    Eureka, CA 95501
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5196030*       +AT&T Mobile,    PO Box 537104,    Atlanta, GA 30353-7104
5196033*       +Coll Svc Center,    PO Box 560,   New Kensington, PA 15068-0560
5196034*       +Coll Svc Center,    PO Box 560,   New Kensington, PA 15068-0560
5196039*       +Foundation Radiology,    401 Liberty Ave 20th Floor,    Pittsburgh, PA 15222-1000
5196040*       +Foundation Radiology,    401 Liberty Ave 20th Floor,    Pittsburgh, PA 15222-1000
5196046      ##+Penn Credit Corp,    916 S. 14th St.,    Harrisburg, PA 17104-3425
                                                                                  TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   RED STICK ACQUISITIONS, LLC bkgroup@kmllawgroup.com
          Jason M Rapa    on behalf of Debtor 2 Kay Ann Phillips jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          Jason M Rapa    on behalf of Debtor 1 Jason Everett Phillips jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |// 
| In re: | |
| Jason Everett Phillips, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:19–bk–01995–RNO |
| Kay Ann Phillips, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 3, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: September 10, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 7, 2019 |

ntcnfhrg (03/18)