```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 19-01995-RNO
Jason Everett Phillips                                    Chapter 13
Kay Ann Phillips
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke        Page 1 of 1           Date Rcvd: Apr 16, 2020
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5221906        E-mail/Text: bknotices@snsc.com Apr 16 2020 19:48:11      SN Servicing Corporation,
               323 5th Street,    Eureka, CA 95501
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel I Singer    on behalf of Creditor    RED STICK ACQUISITIONS, LLC daniel@dsingerlawgroup.com
              James   Warmbrodt    on behalf of Creditor    RED STICK ACQUISITIONS, LLC bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 2 Kay Ann Phillips jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 1 Jason Everett Phillips jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01995-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason Everett Phillips
1645 Little Gap Rd.,
Palmerton PA 18071

Kay Ann Phillips
1645 Little Gap Rd.,
Palmerton PA 18071

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/15/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: SN Servicing Corporation, 323 5th Street, Eureka, CA 95501

Name and Address of Transferee:

Red Stick Acquisitions, LLC
c/o Statebridge Company
6061 S Willow Drive Suite 300
Greenwood Village, CO 80111
Red Stick Acquisitions, LLC
c/o Statebridge Company

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/18/20

Terrence S. Miller
**CLERK OF THE COURT**