**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Jason Everett Phillips
Kay Ann Phillips
|                    Debtors,

RedStick Acquisitions, LLC
|                    Movant,

vs.

Jason Everett Phillips
Kay Ann Phillips
|           Debtors/Respondents,

and

Jack N. Zaharopoulos (Trustee)
|           Trustee / Respondent

Chapter 13

Case No.: 5:19-bk-01995-MJC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of REDSTICK ACQUISITIONS, LLC and index

same on the master mailing list.

Respectfully submitted,

*/s/ Nelson Diaz*
Nelson Diaz, Esquire (48624)
LaRocca Hornik Rosen
& Greenberg LLP
83 South Street, Suite 302
Freehold, New Jersey 07728
(212) 536-3529