# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Jason Everett Phillips**<br>**Kay Ann Phillips**<br><br>**Debtor(s)**<br><br><br>**RedStick Acquisitions, LLC**<br><br>**Plaintiff(s)/Movants**<br><br>vs.<br>**Jason Everett Phillips**<br>**Kay Ann Phillips**<br><br>**Defendant(s)/Respondent(s)** | CHAPTER 13<br>CASE NO. 5:19-bk-01995-MJC<br>ADV. NO. - -ap-<br>NATURE OF PROCEEDING: **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br>DOCUMENT No. 52 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☐ Thirty (30) days.
  ☒ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 12, 2021          /s/ Nelson Diaz
                                  Attorney for:    Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.