United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01995-MJC |
| Jason Everett Phillips | Chapter 13 |
| Kay Ann Phillips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5321158 | + | Red Stick Acquisitions, LLC, c/o Statebridge Company, 6061 S Willow Drive Suite 300, Greenwood Village, CO 80111, Red Stick Acquisitions, LLC c/o Statebridge Company 80111-5151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel I Singer | on behalf of Creditor RED STICK ACQUISITIONS LLC daniel@dsingerlawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor RED STICK ACQUISITIONS LLC bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Lower Towamensing Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jason M Rapa | on behalf of Debtor 2 Kay Ann Phillips jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |

Jason M Rapa
　　on behalf of Debtor 1 Jason Everett Phillips jrapa@rapalegal.com
　　secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com

Michelle Ghidotti
　　on behalf of Creditor U.S. Bank Trust National Association as Trustee of Igloo Series V Trust
　　bknotifications@ghidottiberger.com

Nelson Diaz
　　on behalf of Creditor RED STICK ACQUISITIONS LLC ndiaz@privatelenderlaw.com

United States Trustee
　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01995-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jason Everett Phillips<br>1645 Little Gap Rd.,<br>Palmerton PA 18071 | Kay Ann Phillips<br>1645 Little Gap Rd.,<br>Palmerton PA 18071 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: Red Stick Acquisitions, LLC, c/o Statebridge Company, 6061 S Willow Drive Suite 300, Greenwood Village, CO 80111, Red Stick Acquisitions, LLC, c/o Statebridge Company

Name and Address of Transferee:

SN Servicing Corporation
323 5th st
Eureka CA 95501
SN Servicing Corporation
323 5th st
Eureka CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/25/22

Terrence S. Miller
**CLERK OF THE COURT**