# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jason Everett Phillips
    Kay Ann Phillips

Case No.: 5-19-01995 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SN Servicing |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 9030 |
| Property Address if applicable: | 1645 Little Gap Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $31,030.39 |
| b. | Prepetition arrearages paid by the trustee: | $31,030.39 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $31,030.39 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 24, 2024

                                          Respectfully submitted,

                                          /s/ Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097
                                          Fax: (717) 566-8313
                                          email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jason Everett Phillips
    Kay Ann Phillips

Case No.: 5-19-01995 MJC

Chapter 13

**Debtor(s)**

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Jason M Rapa, Esquire
141 S 1st Street
Lehighton PA 18235


**Served by First Class Mail**
SN Servicing Corp
323 5th St
Eureka CA 95501

Jason Everett Phillips
Kay Ann Phillips
1645 Little Gap RD
Palmerton PA 18071


I certify under penalty of perjury that the foregoing is true and correct.


Date: September 24, 2024      /s/ Liz Joyce
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

**Case:** 19-01995     **JASON EVERETT PHILLIPS**

SN SERVICING CORP
323 5TH STREET

EUREKA, CA   95501-

Acct No: 9030/PRE ARREARS/1645 LIT

RELIEF - SETTLED

Sequence: 24
Modify:
Filed Date: 7/12/2019 12:00:00AM
Hold Code:

|  | Debt: | $31,030.39 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $62,383.37 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $31,030.39 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 07/10/2024 | 9018875 | $369.95 | $0.00 | $369.95 | 07/10/2024 |
| 520-0 | SN SERVICING CORP | | 06/18/2024 | 9018714 | $610.88 | $0.00 | $610.88 | 06/18/2024 |
| 520-0 | SN SERVICING CORP | | 05/22/2024 | 9018542 | $1,754.77 | $0.00 | $1,754.77 | 05/22/2024 |
| 520-0 | SN SERVICING CORP | | 04/17/2024 | 9018369 | $610.87 | $0.00 | $610.87 | 04/17/2024 |
| 520-0 | SN SERVICING CORP | | 03/14/2024 | 9018188 | $610.89 | $0.00 | $610.89 | 03/14/2024 |
| 520-0 | SN SERVICING CORP | | 02/14/2024 | 9018006 | $610.88 | $0.00 | $610.88 | 02/14/2024 |
| 520-0 | SN SERVICING CORP | | 01/12/2024 | 9017840 | $610.88 | $0.00 | $610.88 | 01/12/2024 |
| 520-0 | SN SERVICING CORP | | 12/19/2023 | 9017683 | $607.20 | $0.00 | $607.20 | 12/19/2023 |
| 520-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $610.88 | $0.00 | $610.88 | 11/15/2023 |
| 520-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $309.76 | $0.00 | $309.76 | 10/18/2023 |
| 520-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $332.99 | $0.00 | $332.99 | 09/19/2023 |
| 520-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $1,281.63 | $0.00 | $1,281.63 | 08/09/2023 |
| 520-0 | SN SERVICING CORP | | 07/11/2023 | 9016787 | $329.12 | $0.00 | $329.12 | 07/11/2023 |
| 520-0 | SN SERVICING CORP | | 06/13/2023 | 9016608 | $309.76 | $0.00 | $309.76 | 06/13/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 520-0 | SN SERVICING CORP | | 05/16/2023 | 9016426 | $613.80 | $0.00 | $613.80 | 05/16/2023 |
| 520-0 | SN SERVICING CORP | | 04/18/2023 | 9016238 | $617.52 | $0.00 | $617.52 | 04/19/2023 |
| 520-0 | SN SERVICING CORP | | 02/15/2023 | 9015836 | $2,266.23 | $0.00 | $2,266.23 | 02/15/2023 |
| 520-0 | SN SERVICING CORP | | 01/18/2023 | 9015627 | $319.92 | $0.00 | $319.92 | 01/18/2023 |
| 520-0 | SN SERVICING CORP | | 11/16/2022 | 9015215 | $617.52 | $0.00 | $617.52 | 11/16/2022 |
| 520-0 | SN SERVICING CORP | | 10/18/2022 | 9015001 | $316.20 | $0.00 | $316.20 | 10/18/2022 |
| 520-0 | SN SERVICING CORP | | 09/13/2022 | 9014783 | $707.53 | $0.00 | $707.53 | 09/13/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 08/17/2022 | 2016164 | $651.38 | $0.00 | $651.38 | 08/30/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 07/13/2022 | 2015092 | $753.04 | $0.00 | $753.04 | 07/29/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 06/14/2022 | 2014116 | $297.87 | $0.00 | $297.87 | 06/30/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 05/17/2022 | 2013110 | $280.33 | $0.00 | $280.33 | 05/25/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 04/12/2022 | 2012008 | $581.70 | $0.00 | $581.70 | 04/21/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 02/16/2022 | 2009988 | $6,387.39 | $0.00 | $6,387.39 | 02/28/2022 |
| 520-0 | STATEBRIDGE COMPANY LLC | V | 11/09/2021 | 2002838 | ($1,197.80) | $0.00 | ($1,197.80) | 11/09/2021 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 07/14/2021 | 2002838 | $1,197.80 | $0.00 | $1,197.80 | 11/09/2021 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 03/17/2021 | 1228471 | $2,843.06 | $0.00 | $2,843.06 | 03/31/2021 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 01/19/2021 | 1226425 | $698.53 | $0.00 | $698.53 | 01/29/2021 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 12/10/2020 | 1224646 | $698.54 | $0.00 | $698.54 | 12/18/2020 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 08/12/2020 | 1220819 | $567.89 | $0.00 | $567.89 | 08/25/2020 |
| 520-0 | STATEBRIDGE COMPANY LLC | | 07/07/2020 | 1219775 | $573.41 | $0.00 | $573.41 | 07/17/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | STATEBRIDGE COMPANY LLC | | 06/02/2020 | 1218746 | $567.89 | $0.00 | $567.89 | 06/10/2020 |
| 520-0 | SN SERVICING CORP | | 04/14/2020 | 9007087 | $567.89 | $0.00 | $567.89 | 04/14/2020 |
| 520-0 | SN SERVICING CORP | | 03/12/2020 | 9006909 | $1,142.29 | $0.00 | $1,142.29 | 03/12/2020 |

Sub-totals: $31,030.39  $0.00  $31,030.39

Grand Total: $31,030.39  $0.00