**Fill in this information to identify the case:**

Debtor 1: Jason Everett Phillips

Debtor 2: Kay Ann Phillips
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
(State)

Case number: 19-01995-MJC

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 3 0

**Property address:** 1645 Little Gap Road
Number    Street

Palmerton, PA 18071
City      State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2024
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

Debtor 1  __Jason Everett Phillips__  Case number (*if known*) __19-01995-MJC__
　　　　First Name　Middle Name　Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ __/s/ Lauren M. Moyer, Esquire__　　　Date __10__ / __03__ / __2024__
　Signature

Print　__Lauren__　　　__M.__　　　__Moyer__　　　Title __Attorney for Creditor__
　　　First Name　Middle Name　Last Name

Company　__Friedman Vartolo LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address　__1325__　__Franklin Avenue, Suite 160__
　　　　Number　Street

　　　　__Garden City__　　　__NY__　　__11530__
　　　　City　　　　State　ZIP Code

Contact phone　(__212__) __471__ – __5100__　　　Email _____

---

Form 4100R　　**Response to Notice of Final Cure Payment**　　page **2**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Everett Phillips, Kay Ann Phillips<br>         Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB - Igloo Series IV Trust<br>v.<br><br>Jason Everett Phillips,<br>Kay Ann Phillips<br>Jack N. Zaharopoulos<br>         Respondents | CASE NO.: 19-01995-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

The undersigned counsel for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of LB - Igloo Series IV Trust, ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the **Response to Notice of Final Cure** on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: October  03 , 2024

                                                       By: /s/ Lauren Moyer
                                                       Lauren Moyer, Esq.
                                                       **FRIEDMAN VARTOLO LLP**
                                                       Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB - Igloo Series IV Trust
                                                       1325 Franklin Avenue, Suite 160
                                                       Garden City, NY 11530
                                                       T: (212) 471-5100
                                                       F: (212) 471-5150
                                                       Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Jason Everett Phillips
1645 Little Gap Rd.,
Palmerton, PA 18071
Bankruptcy Debtor

Kay Ann Phillips
1645 Little Gap Rd.,
Palmerton, PA 18071
Bankruptcy Debtor

**Service by NEF**

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Jason M Rapa
Rapa Law Office, PC
141 South 1st Street
Lehighton, PA 18235
Attorney

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee